# United States District Court

Southern **DISTRICT OF** California

FILED 08 FEB 20 AM 10: 36
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: CP DEPUTY

| In the Matter of the Search of | |
|---|---|
| (Name, address or brief description of person or property to be searched) Express Mail Parcel # EB830156768US, addressed to Parker, 723 Robin Hood, Sherwood Forest, MD 21405, (410) 849-3624. The parcel listed the return information of J. Corrine, 7620 Girard Ave. La Jolla, CA 92037, (858) 459-2120 | **SEARCH WARRANT** CASE NUMBER: 08 MJ 0496 |

TO: Ana L. Flores, Postal Inspector     and any Authorized Officer of the United States

Affidavit(s) having been made before me by Ana L. Flores (Affiant) who has reason to believe that ☐ on the person of or ☒ on the premises known as (name, description and/or location)

Express Mail Parcel # EB830156768US, addressed to Parker, 723 Robin Hood, Sherwood Forest, MD 21405, (410) 849-3624. The parcel listed the return information of J. Corrine, 7620 Girard Ave. La Jolla, CA 92037, (858) 459-2120 which is in the custody of the U.S. Postal Inspection Service.

in the Southern District of California there is now concealed a certain person or property, namely (describe the person or property)

Controlled substances, materials, and documents reflecting the distribution of controlled substances through the United States Mail, including money paid for controlled substances, in violation of Title 21, United States Code, Sections 841(a)(1), 843(b) and 846

I am satisfied that affidavit(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before 2/29/08
Date
(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search ~~(in the daytime — 6:00 A.M. to 10:00 P.M.)~~ (at any time in the day or night as I find reasonable cause has been established) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to WILLIAM McCURINE, JR.

U. S. Judge ~~or Magistrate~~

as required by law.

2/19/08, 1018 hrs
Date and Time Issued

at San Diego, CA
City and State

**WILLIAM McCURINE, JR.** U.S. Magistrate Judge
Name and Title of Judicial Officer

/s/ W. McCurine Jr.
Signature of Judicial Officer

## RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 2-19-08 | 2-19-08  11:07 am | USPS |

**INVENTORY MADE IN THE PRESENCE OF**
US Postal Inspectors A. Flores and C. Whyte

**INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT**

Express Mail Parcel #EB830567168US is a Tyvek envelope which contained baggies of spices and 1 baggie of marijuana buds which weighed approximately 37.4 grams.

*[signature] 2/19/08*

## CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by the warrant.

*Ana Flores*

Subscribed, sworn to, and returned before me this date.

*W McInerney* — U.S. Judge        2/20/08 /Date